**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-7150**

---

RONALD MCCLARY,

        Plaintiff - Appellant,

     v.

NURSE DESANIS,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:15-ct-03230-D)

---

Submitted: January 24, 2018                    Decided: January 29, 2018

---

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald McClary, Appellant Pro Se. Charles Houston Foppiano, Gary Adam Moyers, BATTEN LEE, PLLC, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. DeSanis*, No. 5:15-ct-03230-D (E.D.N.C. Aug. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*